IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JOHN R. BRIGGS                                                                    PLAINTIFF

vs.                                        Civil No. 3:06-CV-03016

MICHAEL J. ASTRUE
Commissioner, Social Security Administration                    DEFENDANT

## JUDGMENT

Now on this 16th day of August, 2007, comes for consideration the Report and

Recommendation, dated July 26, 2007,  by the Honorable Barry A. Bryant, United States

Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without

objections being filed by the parties.  The Court has reviewed this case, and being well and

sufficiently advised, finds that the Report and Recommendation is proper and should be adopted

in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, **GRANTS**

Plaintiff's attorney's motion for attorney's fees (Doc. No. 10), and awards Plaintiff's attorney

$2,001.02 in attorney's fees.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE